# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ROGER WILLIAMS**                                                                                        **PLAINTIFF**
**ADC #077687**

**v.**                                        **CASE NO. 4:23-cv-622-JM**

**DEBRA BELL, Assistant Director,**
**Better Community Development**                                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 13th day of September, 2023.

_____
UNITED STATE DISTRICT JUDGE